No. 79–6341.  MARTIN *v.* LOUISIANA, *ante,* p. 998;

No. 79–6436.  RAY *v.* SOWDERS, REFORMATORY SUPERIN-TENDENT, 446 U. S. 969;

No. 79–6615.  DRAKE *v.* ZANT, WARDEN, *ante,* p. 999;

No. 80–421.  FOXMAN ET UX. *v.* RENISON, *ante,* p. 993;

No. 80–5103.  DOWNS *v.* FLORIDA, *ante,* p. 976;

No. 80–5172.  COLE *v.* STEVENSON, CORRECTIONAL SUPER-INTENDENT, ET AL., *ante,* p. 1004;

No. 80–5215.  DAMPIER *v.* GEORGIA, *ante,* p. 938; and

No. 80–5264.  MONTGOMERY *v.* NATIONAL MULTIPLE SCLE-ROSIS SOCIETY, *ante,* p. 922.  Petitions for rehearing denied.

JANUARY 26, 1981

No. 80–669.  BENSON REALITY CORP. ET AL. *v.* KOCH, MAYOR OF NEW YORK CITY, ET AL.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 80–897.  YOUNG *v.* PARK ET AL.  Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of cer-tiorari, certiorari denied.

No. 78–1577.  SEARS, ROEBUCK & Co. *v.* COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  [Certiorari granted, 444 U. S. 823.]  Judgment affirmed by an equally